**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7174**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

HUMPHREY JONES,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CR-93-452, CA-96-1592-AM)

———————

Submitted:  August 25, 1998        Decided:  September 17, 1998

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Humphrey Jones, Appellant Pro Se.  Cathleen Ann Tutty, Special As-
sistant United States Attorney, Bradley Stuart Lui, Senior Assis-
tant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-93-452; CA-96-1592-AM (E.D. Va. July 29, 1997). We deny Jones' motion for expedited treatment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2